UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEENA SHIM-LARKIN,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF NEW YORK,<br><br>        Defendant. | Case No. 17-mc-80022-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Third party REMIND moves to consolidate the above-captioned litigation with another action pending before the Honorable Donna M. Ryu, *Heena Shim-Larkin v. City of New York*, Case No. 4:17-mc-80019-DMR. Mot. to Consol., Dkt. No. 4. In accordance with Civil Local Rule 3-12(c), the Court REFERS the above-captioned action to Judge Ryu to consider whether the cases should be related.

**IT IS SO ORDERED.**

Dated: March 10, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge